UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH MCKENZIE, individually and on behalf of all others similarly situated,

        Plaintiffs,

        v.

SCHULTE ROTH & ZABEL LLP,

        Defendant.

No. 11-CV-3991 (JCF)

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

**PLEASE TAKE NOTICE** that for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs, the accompanying Declaration of Ariel Y. Graff in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)    awarding Class Counsel attorneys' fees and costs in the sum of $30,000, which is thirty percent (30%) of the Gross Settlement Payment; and

(2)    granting such other, further, or different relief as the Court deems just and proper.

Dated: July 20, 2012
    New York, New York

Respectfully submitted,

**THE OTTINGER FIRM, P.C.**

By: /s/ Ariel Y. Graff

Robert Ottinger
Ariel Y. Graff
Denise Rubin Glatter
19 Fulton St., Suite 408
New York, NY 10038
Telephone: (212) 571-2000
Facsimile: (212) 571-0505
robert@ottingerlaw.com
ari@ottingerlaw.com
denise@ottingerlaw.com

*Attorneys for Named Plaintiff
and the Proposed Class*